UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOOST WORLDWIDE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-2377 |
| | § | |
| AKBAR ALI BHIMANI; dba BAMMEL WIRELESS 2, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT**

The Court has been informed that a settlement of this action has been reached. The case is DISMISSED without prejudice to the right of the parties to move for reinstatement within ninety days from the entry of this order on representation that approval of the settlement could not be obtained from principals.

SIGNED at Houston, Texas, this 7th day of December, 2012.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE